**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



*Beth A. Buchanan*
Beth A. Buchanan
United States Bankruptcy Judge

**Dated: October 19, 2018**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

In re:                                              :CASE NO:   18-31355
                                                    : (Chapter 13)
Bruce Merrill Slaton                                :JUDGE: BETH A. BUCHANAN
                                                    :
                          Debtor                    :
_____
**ORDER DISMISSING DEBTOR'S CASE FOR NO RESPONSE TO CHAPTER 13 TRUSTEE'S MOTION TO DISMISS (Doc. 40) and BARRING DEBTOR FOR 180 DAYS PURSUANT TO AGREED ORDER (Doc. 33)**
_____

This matter is before the Court upon the Chapter 13 Trustee's Motion to Dismiss for Material Default (Doc. 40). As no timely response has been filed by any party,

IT IS ORDERED:

1) The Debtor's case be and hereby is dismissed;
2) Said dismissal shall be pursuant to 11 U.S.C. §109(g)(1), thus barring the Debtor for a

period of 180 days from the entry of this order, subject to the Agreed Order (Doc. 33) Resolving Objection to Debtor's Plan Filed May 29, 2018 (Doc. 22) and Motion for Relief From Stay Filed June 14, 2018 (Doc. 24) by PNC Bank, N.A., at paragraph 7.

IT IS SO ORDERED.

Submitted by:

___/S/_Jeffrey M. Kellner_____
Jeffrey M. Kellner 0022205
Chapter 13 Trustee
131 N. Ludlow St., Suite 900
Dayton, OH 45402
(937) 222-7600 Fax (937) 222-7383
Email: chapter13@dayton13.com

**Copies:**

All Creditors and Parties in Interest.